# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5066**                                                     **September Term, 2006**



07cv00324

Danny O'Dell,
                    Appellant

v.

United States Federal Government, et al.,
                    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:

BY:

ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED **JUL 2 7 2007**

**CLERK**

**BEFORE:**     Ginsburg, Chief Judge, and Randolph and Rogers, Circuit Judges

## O R D E R

Upon consideration of the motion to remand case, it is

**ORDERED** that the motion to remand be denied.  It is

**FURTHER ORDERED**, on the court's own motion, that the district court's dismissal order filed February 9, 2007 be summarily affirmed.  Appellant's filing of a motion to remand placed the merits of this appeal before the court.  Because the appropriate disposition is so clear, summary action is warranted.  See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).  The district court did not abuse its discretion in dismissing appellant's complaint without prejudice on the ground that it did not meet the requirements of Federal Rule of Civil Procedure 8(a), as the complaint failed to contain "a short and plain statement of the claim showing the pleader is entitled to relief."  Fed. R. Civ. P. 8(a).  See Ciralsky v. CIA, 355 F.3d 661, 668-670 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**FOR THE COURT:**
Mark J. Langer, Clerk

By: _____

Deputy Clerk/LD